UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JENNIFER STEPHENS, JAMES BRUNO and KRYSTAL LOPEZ on behalf of themselves and all others similarly situated,

  Plaintiffs,

  v.

TARGET CORPORATION,

  Defendant.

Case No. 0:22-CV-01576-PJS-DLM

**ORDER OF DISMISSAL**

On October 31, 2024, Plaintiffs Jennifer Stephens, James Bruno, and Krystal Lopez ("Plaintiffs") and Defendant Target Corporation ("Defendant") (together with Plaintiff, the "Parties"), by and through their counsel, filed a stipulation to dismiss the above titled action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 92. The Court, having considered the Parties' Stipulation, hereby GRANTS the stipulation and ORDERS as follows:

1. All of Plaintiffs' claims against Defendant Target Corporation are dismissed with prejudice.
2. The claims of putative class members against Defendant Target Corporation are dismissed without prejudice.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 1, 2024

                              s/Patrick J. Schiltz
                              Patrick J. Schiltz, Chief Judge
                              United States District Court

1